IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

APRIL DIXON                                                              PLAINTIFF

VS.                           CASE NO. 3:17CV00302 PSH

NANCY A. BERRYHILL, Acting Commissioner,
   Social Security Administration                              DEFENDANT

**ORDER**

Plaintiff April Dixon's motion for an extension of time in which to file her brief (docket entry no. 11) is granted, and she is directed to submit her brief on or before April 5, 2018. The defendant's reply brief should be filed 42 days after the submission of plaintiff's brief.

IT IS SO ORDERED this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE